IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:
MICHAEL STEVEN ROSS and EMILY RACHEL ROSS **FILED**    CASE NO. 04-21106J
RT 2 BOX 119                                          JUDGE NILES L. JACKSON
HINTON, OK
                        73047-0000          SEP 1 2 2005

a/k/a                                        GRANT PRICE    DATE: 09/08/05
                                        CLERK, U.S. BANKRUPTCY COURT
        Debtor(s)                       WESTERN DISTRICT OF OKLAHOMA
SSN(1)XXX-XX-5646 SSN(2)XXX-XX-6815 BY:_____DEPUTY
-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT
                    AND ACCOUNT
-----------------------------------------------------------------------
        The Standing Chapter 13 Trustee for the above case, submits the following
final report and account of the administration of the estate pursuant to
11 USC 1302 (b)(1).

    1. The case was filed on 10/08/04 and confirmed on 12/08/04.
The case was subsequently DISMISSED AFTER CONFIRMATION

    2. The amount paid to the Trustee by or on behalf of the debtor(s) was
$    740.00 .

    3. The Trustee made disbursements to creditors as follows:
-----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL |
|---|---|---|---|---|---|
| CAMELOT FINANCIAL SERVICES | UNSECURED | 248.60 | .00 | .00 | 46.07 |
| CENTRAL NATIONAL BANK | SECURED C | 6,062.00 | .00 | 119.11 | 6,225.77 |
| CENTRAL NATIONAL BANK | UNSECURED | 1,141.09 | .00 | .00 | 211.44 |
| FIRST AMERICAN CASH ADVANC | UNSECURED | 230.00 | .00 | .00 | 42.62 |
| FIRST AMERICAN CASH ADVANC | UNSECURED | 345.00 | .00 | .00 | 63.93 |
| LEGACY BANK | UNSECURED | 456.42 | .00 | .00 | 84.57 |
| SCHEDULED CREDITOR | OUTSIDE | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE

13

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL |
|---|---|---|---|---|---|
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| TINKER FEDERAL CREDIT UNIO | SECURED C | 1,300.00 | .00 | .00 | 1,360.68 |
| TINKER FEDERAL CREDIT UNIO | UNSECURED | 3,284.12 | .00 | .00 | 608.55 |

4. Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMOUNT | 7,362.00 | .00 | 5,705.23 | .00 | 13,067.23 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | 119.11 | .00 | .00 | .00 | 119.11 |

5. Costs of administration:

The clerk was paid $      .00  through the plan for the filing fee.
The clerk was paid $      .00  through the plan for notice fees.
The debtor's attorney was allowed $  1,494.00 and was paid $    584.63 .
The Trustee was paid $    36.26  pursuant to 11 USC 1302.
Refunds to the debtor total $      .00 .

The Standing Chapter 13 Trustee for the above-named case certifies to the court and the United States Trustee, that he has faithfully and properly fulfilled the duties of the standing trustee, and that the case has been fully administered.

CHAPTER 13 TRUSTEE

cc:MICHAEL STEVEN      ROSS

DEBORAH BROOKS          000917
BROOKS & ASSOCIATES PC
5500 N WESTERN STE 130
OKLAHOMA CITY, OK       731180000